# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

TULIO PATINO,

                                        Plaintiff,

v.

NEVADA DEPARTMENT OF
CORRECTIONS, *et al.*,

                                        Defendants.

Case No. 3:18-CV-0241-RCJ-CLB

**ORDER TO CHANGE ADDRESS,
STAY CASE, AND DENY AS MOOT
MOTION TO EXTEND TIME TO FILE
MOTION FOR SUMMARY JUDGMENT**

[ECF No. 38]

On February 7, 2022, Defendants filed a motion for extension of time to file motion for summary Judgment. (ECF No. 38.) The following day Lovelock Correctional Center returned that filing which was addressed to Plaintiff, Tulio Patino ("Patino"), with a handwritten note that said, "RTS Inmate at PAR." (ECF No. 39.) The Court through its experience understands this note to mean Patino has been paroled. In addition, the Nevada Department of Corrections public database also lists Patino as paroled. Pursuant to Local Rule IA 3-1, plaintiff must immediately file with the court written notification of any change of mailing address. Failure to comply with this rule may result in dismissal of this action. Plaintiff shall have until **Friday, March 11, 2022** to file a notice of change of address or this court will recommend that this action be dismissed.

The case is hereby **STAYED** in its entirety until Patino files a notice of change of address. Therefore, Defendants' motion to extend time to file motion for summary judgment is **DENIED as moot**. (ECF No. 38.)

**DATED**: ___February 9, 2022___.

_____
**UNITED STATES MAGISTRATE JUDGE**