# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TULIO F. PATINO,<br><br>Plaintiff,<br><br>v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, *et. al.*,<br><br>Defendants. | Case No. 3:18-CV-00241-RCJ-CLB<br><br>**REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE**[1] |

## I. DISCUSSION

On February 7, 2022, Defendants filed a motion for extension of time to file a motion for summary judgment. (ECF No. 38.) The following day Lovelock Correctional Center returned that filing, which was addressed to Plaintiff Tulio Patino ("Patino"), with a handwritten note that said, "RTS Inmate at PAR." (ECF No. 39.) The Court through its experience understands this note to mean Patino has been paroled. In addition, the Nevada Department of Corrections public database also lists Patino as paroled. Pursuant to Local Rule IA 3-1, a party must immediately file with the Court written notification of any change of mailing address. Thus, the Court gave Patino until March 11, 2022 to file a notice of change of address. (ECF No. 40.) Patino was cautioned that a failure to comply with this Court's order would result in a recommendation that this action be dismissed. (*Id.*) To date, Patino has failed to comply with this Court's order as he has not filed a notice of change of address.

Accordingly, the Court recommends that this action be dismissed, without prejudice, for Patino's failure to comply with this Court's order to file a notice of change of address.

---

[1] This Report and Recommendation is made to the Honorable Robert C. Jones, United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice IB 1-4.

The parties are advised:

1. Pursuant to 28 U.S.C § 636(b)(1)(C) and Rule IB 3-2 of the Local Rules of Practice, the parties may file specific written objections to this Report and Recommendation within fourteen days of receipt. These objections should be entitled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the District Court.

2. This Report and Recommendation is not an appealable order and any notice of appeal pursuant to Fed. R. App. P. 4(a)(1) should not be filed until entry of the District Court's judgment.

## II. RECOMMENDATION

For the reason stated above, the Court recommends that the District Court enter an order **DISMISSING** this action without prejudice.

**DATED**: March 17, 2022.

UNITED STATES MAGISTRATE JUDGE