UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

TULIO F. PATINO,

   Plaintiff,

v.

NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,

   Defendants.

Case No.: 3:18-CV-000241-RCJ-CLB

ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 42)

  Before the Court is the Report and Recommendation of United States Magistrate Judge Carla L. Baldwin, (ECF No. 42[1]) entered on March 17, 2022, recommending that the Court dismiss this action without prejudice, for Patino's failure to comply with Court Order (ECF No. 40).

  This action was referred to Magistrate Judge Denney under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

---

[1] Refers to Court's docket number.

1

The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

**IT IS HEREBY ORDERED** that Magistrate Judge Baldwin's Report and Recommendation (ECF No. 42) is **ADOPTED and ACCEPTED**.

**IT IS FURTHER** that this action is **DISMISSED, WITHOUT PREJUDICE**, for Patino's failure to comply with the Court's Order (ECF No. 40) to file a notice of change of address.

**IT IS FURTHER ORDERED** that the clerk of the court shall enter judgment accordingly and close the case.

**IT IS SO ORDERED**.

Dated: April 4, 2022.

_____
ROBERT C. JONES
United States District Judge