# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TULIO PATINO,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>　　　　　　Defendants. | Case No. 3:18-CV-00241-RCJ-CLB<br><br>**ORDER STRIKING LETTER REQUESTING APPOINTMENT OF COUNSEL**<br><br>[ECF No. 48] |

On May 31, 2022, this Court received a letter from Plaintiff Tulio Patino ("Patino") who is currently incarcerated in the Nye County Detention Center requesting appointment of counsel. (ECF No. 48.) Pursuant to General Order 2021-05 Section 3(d), "[p]arties must not file "notices" or "letters" with the Court unless it is to notify the Court of procedural changes such as changes of address or notices of a change in counsel. Parties must not use notices or letters to ask the Court to rule on a motion. A request for the Court to rule on something must be filed as a motion. Improperly filed "notices" or "letters" will be stricken from the docket. Therefore, Patino's letter is here by **STRICKEN.** (ECF No. 48.)

The Court further advises Patino that the instant case was dismissed without prejudice and judgment was entered accordingly on April 4, 2022. (ECF Nos. 44, 45.) Therefore, above-captioned case is closed, and no further documents should be filed. To the extent Patino wishes to challenge his deportation or the status of his current confinement, he may file a new action. The Clerk shall **SEND** to Patino the appropriate forms for commencing a new case.

**DATED**: ___June 6, 2022___.

_____
**UNITED STATES MAGISTRATE JUDGE**